UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

SHAWN ARNOLD MCFADDEN,

        Supervisee.

No. 14-cr-212-11 (RJS)

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/17/20

RICHARD J. SULLIVAN, Circuit Judge:

As stated on the record during the hearing on January 17, 2020, IT IS HEREBY ORDERED THAT Supervisee is remanded to the custody of the United States Marshals Service and the Bureau of Prisons.

SO ORDERED.

Dated:    January 17, 2020
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation