UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>SHAWN ARNOLD MCFADDEN,<br><br>Defendant. | No. 14-cr-212-11 (RJS)<br><br>ORDER |

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

The Court is in receipt of the attached letter from Defendant, dated May 26, 2020 but received in Chambers on June 18, 2020. IT IS HEREBY ORDERED THAT the government shall respond to Defendant's letter no later than June 22, 2020. The Clerk of the Court is respectfully directed to mail a copy of this Order to Defendant.

SO ORDERED.

Dated:   June 18, 2020
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

5-26-2020

To - Judge Richard J. Sullivan,

How Are You Doing Your Honor? This Is "Shawn Arnold McFadden" Register # 70882-054, I Was Arrested On "January 17, 2020" For A Violation Of Supervision Release And You Sentenced Me On "February 5th" To "6 Months" On A Max Out Without Anymore Probation. My Release Date Is "July 16th 2020". I Am Asking You For The Permission To Get An Early Release (Compassionate) Release Due To This "Coronavirus Pandemic". I Am Located At MCC New York And I Have Been On Quarantine And Modified Lockdown Since The 1st Week Of March, There Have Been NO Legal Visits Or Social Visits Since That Time Also Due To The Virus And A Few Inmates Who Reside In My Unit That Im Living With Who Caught It. A Couple Of Sentenced Inmates Have Been Released From MCC New York Due To Them Contacting Their Lawyers And Their Lawyers Putting In Motions To Their Judges And Being Granted For An "Immediate Release". I Am Living Here And I Am Scared For My Life Of Catching The Coronavirus And Possibly Dying In Here Being Around Inmates Who Were Infected (Being Taken To The Hospital And Brought Right Back). This Jail Has Been All Over The News And Everything. I'd Also Living In A 26 Man Tier In A Dorm With 26 Bunk Beds Which Are 2 Feet Away From One Another Which Is NOT "Social Distancing" At All, One Shower, And One Toilet For Everyone. Your Honor I Have Only "50 More Days" Left Which Is

→

Like 80% Of My Time In, I'm Just Asking You Again To Get An "Immediate Release" Because I'm On A Max Out With No More Probation And I'm Not Trying To Catch The "Coronavirus" Living Here. I Tried Contacting The Lawyer Who Took Over My Case For This Violation Which Was "Mr. Ezra Spilke" But There Was Never A Response, I Was Told Before I Got Sentenced That My Original Lawyer "Ms. Lori Cohen" Moved To Australia So "Mr. Ezra Spilke" Represented Me For This "VSOR" And The Public Defenders Office Told Me He Is A Private Lawyer So Thats Why I'm Reaching Out To You Myself On My Behalf. Thanks For Taking Your Time Out For Reading This Letter, Have A Blessed Day, I'm Praying I Get A Great Response Back From You Please And Thank You.

From - "Shawn Arnold McFadden"
Reg # 70882-054